```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EAST MARK INTERNATIONAL, LTD.    :    CIVIL ACTION
                                 :
          v.                     :
                                 :
ADAR, LLC,                       :
d/b/a THE LINCOLN ON LOCUST,     :
L.P.                             :    NO. 13-1204
```

ORDER

AND NOW, this 28th day of October, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that after a hearing:

(1) the emergency motion of intervenors Benzion "Sam" Faibish and Yehuda Olewski to enforce stipulated order and for mandatory injunctive relief (Doc. #52) is DENIED;

(2) the court's Order dated October 25, 2013 (Doc. #59) is VACATED;

(3) the defendant Lincoln on Locust, L.P. and its counsel, O'Connor Kimball LLP, shall pay, jointly and severally, to the intervenors Benzion "Sam" Faibish and Yehuda Olewski their reasonable counsel fees and costs in connection with aforementioned emergency motion as a result of its violation of the court's Stipulated Order dated August 13, 2013 (Doc. #49); and

(4) if Lincoln on Locust and its counsel, O'Connor Kimball LLP, and intervenors cannot agree on the amount due,

intervenors may file and serve a motion for reasonable counsel fees and costs on or before November 15, 2013.

BY THE COURT:

/s/ Harvey Bartle III
                                             J.