```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EAST MARK INTERNATIONAL, LTD.    :    CIVIL ACTION
                                 :
        v.                       :
                                 :
ADAR, LLC,                       :
d/b/a THE LINCOLN ON LOCUST,     :
L.P.                             :    NO. 13-1204
```

ORDER

AND NOW, this 24th day of January, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of intervenors for reasonable counsel fees and costs is GRANTED;

(2)  the defendant Lincoln on Locust, L.P. and its counsel, O'Connor Kimball LLP, are obligated, jointly and severally, to pay the intervenors Benzion "Sam" Faibish and Yehuda Olewski, $23,497.20 in reasonable counsel fees and costs in connection with the emergency motion of intervenors to enforce Stipulated Order and for mandatory injunctive relief as a result of its violation of the court's pretrial Stipulated Order dated August 13, 2013; and

(3)  such payment shall be made within thirty days of this Order.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.