IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EAST MARK INTERNATIONAL, LTD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADAR, LLC, )<br>d/b/a THE LINCOLN ON LOCUST, L.P. )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>NO. 13-cv-1204-HB |

## PRAECIPE TO ATTACH

TO THE PROTHONOTARY:

Kindly attach the enclosed Affidavit of Samuel Faibish, to the Motion for Reconsideration of this Court's January 24, 2014 Order, Document 72, filed on February 21, 2014.

CIPRIANI & WERNER, P.C.

By: /s/Kevin B. Watson
Kevin B. Watson
Kathryn E. Pettit
450 Sentry Parkway – Suite 200
Blue Bell, PA  19422
Phone: 610-862-1935
E-Mail: kwatson@c-wlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe to Attach was served on this 27th day of February, 2014, on the following, as set forth below:

*Via e-mail and ECF*:

| | |
|---|---|
| Gary P. Lightman, Esquire | Glen D. Kimball, Esquire |
| LIGHTMAN & MANOCHI | O'CONNER KIMBALL LLP |
| 1520 Locust Street, 12th Floor | Two Penn Center Plaza, Ste.1100 |
| Philadelphia, PA 19102 | Philadelphia, PA 19102 |
| Email: garylightman@lightmanlaw.com | Email: gkimball@okllp.com |

**CIPRIANI & WERNER, P.C.**

By: /s/Kevin B. Watson
Kevin B. Watson
Kathryn E. Pettit
450 Sentry Parkway – Suite 200
Blue Bell, PA  19422
Phone: 610-862-1935
E-Mail: kwatson@c-wlaw.com