```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EAST MARK INTERNATIONAL, LTD.   :     CIVIL ACTION
                                :
          v.                    :
                                :
ADAR, LLC,                      :
d/b/a THE LINCOLN ON LOCUST,    :
L.P.                            :     NO. 13-1204
```

ORDER

        AND NOW, this 17th day of March, 2014, it is hereby ORDERED that the motion of intervenors Benzion S. Faibish and Yehuda Olewski for reconsideration of this court's January 24, 2014 order is DENIED as untimely.  Motions for reconsideration shall be served and filed within 14 days after entry of the order concerned.  See E.D. Pa. Local R. Civ. P. 7.1(g).

                                              BY THE COURT:


                                              /s/ Harvey Bartle III
                                                                            J.